IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD BOYEDE OLAJIDE,

    Plaintiff,

v.

EDMUND G. BROWN, in his official capacity as Governor of California,

    Defendant.

No. C 18-03151 WHA

**ORDER DISMISSING CLAIMS** *SUA SPONTE*

**INTRODUCTION**

In this civil-rights action, this order considers whether the complaint should be dismissed under 28 U.S.C. § 1915(e)(2)(B). For the reasons discussed below, the case is **DISMISSED.**

**ANALYSIS**

**1. STANDARD OF REVIEW**

If a plaintiff is found to be indigent under 28 U.S.C. § 1915(a)(1) and is permitted to proceed in *forma pauperis*, federal courts must engage in a preliminary screening of the complaint. The Court must identify cognizable claims or dismiss any claims which: (1) are frivolous and malicious; (2) fail to state a claim upon which relief may be granted; or (3) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). A complaint is "frivolous" under Section 1915 where it lacks "arguable basis

in law or in fact" and a complaint may be frivolous where there is no subject-matter jurisdiction. *Pratt v. Sumner*, 807 F.2d 817, 819 (9th Cir. 1987).

### 2. REVIEW OF COMPLAINT.

The proposed complaint is **DISMISSED.** The proposed complaint would be by Ronald Boyede Olajide against Governor Edmund G. Brown of California. The fourteen-page complaint is incomprehensible. It invokes the "common law of England," the Federal Constitution, Blackstone's Commentaries, and "an immediate gift of the God of Nature inherited and given to the Petitioner at his Birth." It is impossible to discern the gravamen. In some passages petitioner complains about the banking and monetary system, but never explains how the banking and monetary system's laws have been violated so as to furnish him a claim for relief. At other passages he seems to complain that his property was taken from him while he was evidently in prison. Appended to his complaint is a long rap sheet on him filled with references to alcohol, drugs, reckless driving, evading police, theft, obstructing police officers, driving with a suspended license, battery upon police officers, escape from custody, and so on. Apparently he is now out of custody and living in Oakland. There are further references to the history of slavery in this country and that he is of African American descent but how these circumstances would give rise to a claim against Governor Brown is not explained. In another thread he complains that the Franchise Tax Board sent him a notice that a company with which he was somehow affiliated owed taxes. But why this would violate any provision of the Federal Constitution is not explained. Paragraph twenty-five seeks to require Governor Brown to deposit into the registry of the Court over one trillion dollars plus interest "as security for the performance of all obligations owed to Petitioner relating to public uses of his property . . . ."

The Court is solicitous of the right of all people, including indigents, to petition their government for redress of grievance and believes that all plausible claims for relief should be entertained. Nevertheless, the proposed complaint is so frivolous and incomprehensible that permission to proceed will not be allowed.

**CONCLUSION**

For the reasons set out above, this action is **DISMISSED.**

**IT IS SO ORDERED.**

Dated: June 7, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE